## Warren's Estate.

Argued December 2, 1935.   Before Frazer, C. J., Schaffer, Maxey, Drew, Linn and Barnes, JJ.

114

116

120

122

*Maurice Heckscher,* of *Duane, Morris & Heckscher,* for appellants.

*Henry C. Remick,* for appellee.

*Samuel B. Scott,* of *Scott & Burton,* for Girard Trust Co., appellee.

PER CURIAM, January 6, 1936:

This case was correctly determined by the orphans' court sitting in banc, as will appear by that part of the opinion of Judge STEARNE set forth in the reporter's notes.

Decree affirmed at appellants' cost.